UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CARLOS ENRIQUE CARRANZA ALARCON**


**V.**                                                     **CIVIL ACTION NO. 25-12929-DJC**


**ANTONE MONIZ, ET AL**


**ORDER OF DISMISSAL**


CASPER, D.J.

     Having previously ordered habeas relief, D. 7, this matter shall be closed.


May 22, 2026                                              /s/ Savannah Cook
                                                         Deputy Clerk